**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* ____________ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **WALL018, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **83-2110877**

**4. Debtor's address**

**Principal place of business**

**3926 Vista Woods Drive**
**Carrollton, TX 75007**
Number, Street, City, State & ZIP Code

**Denton**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **WALL018, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **WALL018, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **WALL018, LLC** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2022**
MM / DD / YYYY

*X* **/s/ Tim Barton**
Signature of authorized representative of debtor

**Tim Barton**
Printed name

Title **Presdient of Managing Member**

**18. Signature of attorney**

*X* **/s/ Eric A. Liepins**
Signature of attorney for debtor

Date **September 7, 2022**
MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone **972-991-5591** Email address **eric@ealpc.com**

**12338110 TX**
Bar number and State

Debtor **WALL018, LLC** Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* Chapter **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **WALL007, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Texas** | When | **8/23/22** | Case number, if known | **22-41049** |
| Debtor | **WALL009, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Texas** | When | **8/31/22** | Case number, if known | **22-41113** |
| Debtor | **WALL010, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Texas** | When | **8/31/22** | Case number, if known | **22-41125** |
| Debtor | **WALL011, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Texas** | When | **8/31/22** | Case number, if known | **22-41114** |
| Debtor | **WALL012,LLC** | | | Relationship to you | **affiliate** |
| District | **Eastern District of Texas** | When | **9/01/22** | Case number, if known | **22-41135** |
| Debtor | **WALL016,LLC** | | | Relationship to you | **affilaite** |
| District | **Eastern District of Texas** | When | **9/01/22** | Case number, if known | **22-41136** |
| Debtor | **WALL017, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Texas** | When | **9/01/22** | Case number, if known | **22-41137** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WALL018, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Beyond Barcode<br>1266 Delancy Dr<br>Matthews, NC 28104** | | | | | | **$150,000.00** |
| **Cunxiang Ji<br>Room 1-114, No. 5<br>Cuiweidongli<br>Haiding District<br>Beijing, China** | | | | | | **$100,000.00** |
| **Fan Xiaomin Yuan<br>E-8D, Huating<br>Jiayuan, No. 6<br>Beisihuan Zhouglu<br>Chaoyang District,<br>Beijing, China** | | | | | | **$282,548.00** |
| **Fu Hanjiang<br>1-1-201 Yaojiang<br>Fucum<br>Shangcheng District<br>Hangzhou, Zhejiang,<br>China** | | | | | | **$27,983.00** |
| **Fu Hanjiang<br>1-1-201 Yaojiang<br>Fucun<br>Shangdren District<br>Hangzhon, Zhejiang,<br>China** | | | | | | **$21,983.00** |
| **Gao Fei Eijing<br>no. 65 Xisi Beiertiao<br>Xicheng District,<br>Beijing China** | | | | | | **$252,974.00** |
| **Gao Fei Eijing<br>no. 65 Xisi Beiertiao<br>Xicheng District,<br>Beijing China** | | | | | | **$247,124.00** |
| **Gao Fei Eijing<br>no. 65 Xisi Beiertiao<br>Xicheng District,<br>Beijing China** | | | | | | **$200,974.00** |

Debtor **WALL018, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kang Yun Xun<br>c/o Han Jiang Fu<br>1-1-201 Yaojiang Fucen, Shangcheng Dist<br>Hangzhou, Zhejiang China** | | | | | | **$49,970.00** |
| **Leili Yuan<br>c/o Weipeng He<br>Shanshui Wanyuan Hongyan Road, Chaoyang District<br>Beijing, China** | | | | | | **$279,961.00** |
| **Ling Guan Qingdao<br>6-101. No 458 East Hong Kong Road<br>Laoshan District<br>Qingdao, Shandong, China** | | | | | | **$200,018.00** |
| **Rongping Wu<br>1-1-401, No. 104 Kaixuan Road<br>Jianggan District<br>Hangzhou, Zhejiang, China** | | | | | | **$300,000.00** |
| **Wang Wei Si<br>Room 103, Unit 1<br>Building 7<br>Yunti Huting, Xicheng District<br>Beijing, China** | | | | | | **$39,985.00** |
| **Weipeng He<br>Shanshui Wenyuan, Hongyan Road<br>Chaoyand District<br>Beijing, China** | | | | | | **$72,477.00** |
| **Xu Yue<br>C-1801 No. 98<br>Jianguo Roadg<br>Chaoyand District<br>Beijing, China** | | | | | | **$49,972.00** |
| **Youhong Zhu<br>56-2-402 Qiushi Xincun, Xihu District<br>Hangzhou, Zhejiang, China** | | | | | | **$200,000.00** |
| **Yue Xu<br>C-1801 No. 98<br>Jiangua Road<br>Chaoyang District<br>Beijing, China** | | | | | | **$50,000.00** |

Debtor **WALL018, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yun Sun<br>Room 302, No. 10<br>Caixiang Road<br>Gusu District<br>Suzhou, Jiangsu,<br>China** | | | | | | **$100,000.00** |
| **Zhangshun<br>C-1704 Jingtian<br>Yifengyuan<br>Fuitian District,<br>Shenzhen<br>Guangdong<br>China** | | | | | | **$39,983.00** |
| **Zhangshun<br>C-1704 Jingtian<br>Yifengyuan<br>Fuitian District,<br>Shenzhen<br>Guangdong<br>China** | | | | | | **$39,983.00** |

Beyond Barcode
1266 Delancy Dr
Matthews, NC 28104

Cunxiang Ji
Room 1-114, No. 5 Cuiweidongli
Haiding District
Beijing, China

Fan Xiaomin Yuan
E-8D, Huating Jiayuan, No. 6
Beisihuan Zhouglu
Chaoyang District, Beijing, China

Fu Hanjiang
1-1-201 Yaojiang Fucun
Shangdren District
Hangzhon, Zhejiang, China

Gao Fei Eijing
no. 65 Xisi Beiertiao
Xicheng District, Beijing China

HR Sterling
13901 Midway Raod
Suite 102
Dallas, TX 75244

Kang Yun Xun
c/o Han Jiang Fu
1-1-201 Yaojiang Fucen, Shangcheng Dist
Hangzhou, Zhejiang China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435

Leili Yuan
c/o Weipeng He Shanshui Wanyuan
Hongyan Road, Chaoyang District
Beijing, China

Ling Guan Qingdao
6-101. No 458 East Hong Kong Road
Laoshan District
Qingdao, Shandong, China

Mr. Li Zhenhua
3F Suite B, RCDL Culture & Creative
Industrial Base, no. 5, CuangShunBeiJie
Chaoyang district, Beijing, China

Ping Chen
Room 1301 Unit 95, Yuhuxian
No. 85 Xingzhou Street
Gongyeyain District, Suzhou, China

Rongping Wu
1-1-401, No. 104 Kaixuan Road
Jianggan District
Hangzhou, Zhejiang, China

Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219

Vance McMurray
508 W. Lookout Drive
Ste. 17-74
Richardson, TX 75080

Wang Wei Si
Room 103, Unit 1 Building 7
Yunti Huting, Xicheng District
Beijing, China

Weipeng He
Shanshui Wenyuan, Hongyan Road
Chaoyand District
Beijing, China

Xu Yue
C-1801 No. 98 Jianguo Roadg
Chaoyand District
Beijing, China

Yongui Chen
c/o Shun Zhang,
C-1704 Jintian Yifengyuan Futian Distric
Shenzhen, Guangdong, China

Youhong Zhu
56-2-402 Qiushi Xincun, Xihu District
Hangzhou, Zhejiang, China

Yue Xu
C-1801 No. 98 Jiangua Road
Chaoyang District
Beijing, China

Yun Sun
Room 302, No. 10 Caixiang Road
Gusu District
Suzhou, Jiangsu, China

Zhangshun
C-1704 Jingtian Yifengyuan
Fuitian District, Shenzhen Guangdong
China

# United States Bankruptcy Court
## Eastern District of Texas

In re **WALL018, LLC** Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **WALL018, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 7, 2022**
Date

**/s/ Eric A. Liepins**
**Eric A. Liepins**
Signature of Attorney or Litigant
Counsel for **WALL018, LLC**

**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**