# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

---

IN RE:
WALL018,LLC
3926 Vista Woods Drive
Carrollton , TX 75007
EIN: 83-2110877
Debtor

Case No. 22-41176 btr
Chapter: 11

---

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

---

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by September 21, 2022.**

Schedules
**B 202 -** Declaration Under Penalty of Perjury for Non-individual Debtors
**B 206 Summary -** A Summary of Your Assets and Liabilities (non-individuals)
**B 206A/B -** Schedule A/B: Property (non-individuals)
**B 206D -** Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)
**B 206E/F -** Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)
**B 206G -** Schedule G:Executory Contracts and Unexpired Leases (non-individuals)
**B 206H -** Schedule H:Your Codebtors (non-individuals)

Statements
**B 207 -** Statement of Your Financial Affairs (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: September 8, 2022**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41176-btr
WALL018,LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Sep 08, 2022 Form ID: pdf400 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL018,LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Cunxiang Ji, Room 1-114, No5, Cuiweidongli Haiding District, Beijing, China |
| cr | | Fu Hanjiang, 1-1-201 Yaojiang Fucum, Shangcheng District Hangzhou, Zhejing, China |
| cr | | Gao Eijing, No. 65 Xisi Beiertiao, Xichng District, Beijing, China |
| cr | | Sun Yun, Room 302, No. 10 Caixiang Road, Gusu District, Suzhou, Jiangsu, China |
| cr | | Wang Wei Si, Room 103, Unit 1 Builiding 7,, Yunti Huti, Xicheng District, Zhejiang, China |
| cr | | Weipeng He, Shanshui Wenyuan, Hongyan Road, Chaoyang District, Beijing, China |
| cr | | Xu Yue, C-1801 No. 98 Jianguo Road, Chaoyang District, Beijing, China |
| cr | | Youhong Zhu, 56-2-402 Quishi Xincun, Xihu District Hangzhou, Zhejiang, China |
| cr | | Zhangshun, C-1704 Jingtan Yifengyuan, Fuitian District, Shenzhen Guangdon, China |
| 8180421 | + | Beyond Barcode, 1266 Delancy Dr, Matthews, NC 28104-8098 |
| 8180422 | | Cunxiang Ji, Room 1-114, No. 5 Cuiweidongli, Haiding District, Beijing, China |
| 8180423 | | Fan Xiaomin Yuan, E-8D, Huating Jiayuan, No. 6, Beisihuan Zhouglu, Chaoyang District, Beijing, China |
| 8180424 | | Fu Hanjiang, 1-1-201 Yaojiang Fucun, Shangdren District, Hangzhon, Zhejiang, China |
| 8180425 | | Gao Fei Eijing, no. 65 Xisi Beiertiao, Xicheng District, Beijing China |
| 8180426 | + | HR Sterling, 13901 Midway Raod, Suite 102, Dallas, TX 75244-4388 |
| 8180427 | | Kang Yun Xun, c/o Han Jiang Fu, 1-1-201 Yaojiang Fucen, Shangcheng Dist, Hangzhou, Zhejiang China |
| 8180428 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8180429 | | Leili Yuan, c/o Weipeng He Shanshui Wanyuan, Hongyan Road, Chaoyang District, Beijing, China |
| 8180430 | | Ling Guan Qingdao, 6-101. No 458 East Hong Kong Road, Laoshan District, Qingdao, Shandong, China |
| 8180431 | | Mr. Li Zhenhua, 3F Suite B, RCDL Culture & Creative, Industrial Base, no. 5, CuangShunBeiJie, Chaoyang district, Beijing, China |
| 8180432 | | Ping Chen, Room 1301 Unit 95, Yuhuxian, No. 85 Xingzhou Street, Gongyeyain District, Suzhou, China |
| 8180433 | | Rongping Wu, 1-1-401, No. 104 Kaixuan Road, Jianggan District, Hangzhou, Zhejiang, China |
| 8180435 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8180436 | | Wang Wei Si, Room 103, Unit 1 Building 7, Yunti Huting, Xicheng District, Beijing, China |
| 8180437 | | Weipeng He, Shanshui Wenyuan, Hongyan Road, Chaoyand District, Beijing, China |
| 8180438 | | Xu Yue, C-1801 No. 98 Jianguo Roadg, Chaoyand District, Beijing, China |
| 8180439 | | Yongui Chen, c/o Shun Zhang,, C-1704 Jintian Yifengyuan Futian Distric, Shenzhen, Guangdong, China |
| 8180440 | | Youhong Zhu, 56-2-402 Qiushi Xincun, Xihu District, Hangzhou, Zhejiang, China |
| 8180441 | | Yue Xu, C-1801 No. 98 Jiangua Road, Chaoyang District, Beijing, China |
| 8180442 | | Yun Sun, Room 302, No. 10 Caixiang Road, Gusu District, Suzhou, Jiangsu, China |
| 8180443 | | Zhangshun, C-1704 Jingtian Yifengyuan, Fuitian District, Shenzhen Guangdong, China |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8180434 | + | Email/Text: smetzger@pmklaw.com | Sep 08 2022 23:21:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Beyond Barcode, 1266 Delancy Dr., Matthews, NC 28104-8098 |
| cr | * | Fan Xiaomin Yuan, E-8D, Huating Jiayuan, No. 6, Beisihuan Zhouglu Chaoyang District, Beijing, China |
| cr | * | Kang Yun Xun, c/o Han Jiang Fu, 1-1-201 Yaojiang Fucen, Shangcheng Dist, Hangzhou, Zhejiang China |
| cr | * | Leili Yuan, c/o Weipeng He, Shanshui Wanyuan Hongyan Road, Chaoyang District, Beijing, China |
| cr | * | Ling Guan Qingdao, 6-101 No. 458 East Hong Kong Road, Laoshan District, Qingdao, Shandong, China |
| cr | * | Rongping Wu, 1-1-401, No. 104 Kaixuan Road, Jianggan District, Hangzhou, Zhejiang, China |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL018 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2