**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

---

| | |
|---|---|
| IN RE:<br>WALL018,LLC<br>3926 Vista Woods Drive<br>Carrollton , TX 75007<br>EIN: 83-2110877<br>Debtor | <br>Case No. 22-41176 btr<br>Chapter: 11 |

---

**ORDER SETTING 7-DAY DISMISSAL DEADLINE FOR**
**FILING DECLARATIONS FOR ELECTRONIC FILING**

---

On **09/22/2022**, the above-referenced Debtor filed by electronic means the required schedules, and required statements. The filing of documents with this Court by electronic means is authorized and governed by administrative procedures contained in LBR Appendix 5005 to the Local Rules of Bankruptcy Procedure. Specifically, Section III(B)(3) of LBR Appendix 5005 requires that:

> [w]ithin seven (7) days of the filing by electronic means of a bankruptcy petition, list, schedule, or statement that requires verification under Fed. R. Bankr. P. 1008, the Electronic Filer shall file with the Court the appropriate "Declaration for Electronic Filing," substantially conforming either to Exhibit "B-1", "B-2", or "B-3", which has been executed by the debtor or by the authorized representative of the debtor.

However, the Debtor failed to fulfill that requirement as to the required schedules, and required statements filed with the Court. Thus, in violation of Fed. R. Bankr. P. 1008, the Debtor have, in actuality, failed to present the required schedules, and required statements which have been verified under penalty of perjury by the Debtor or contain an unsworn declaration of the Debtor as provided in 28 U.S.C. §1746. Thus, the failure of the Debtor to adhere to the requirements of the Federal and Local Rules of Bankruptcy Procedure constitutes a willful failure of the Debtor to abide by the orders of this Court as well as an unreasonable delay that is prejudicial to creditors. Thus, just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced Debtor shall file the appropriate "Declaration for Electronic Filing" for the required schedules, and required statements with the Court within **seven (7) calendar days** of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Debtor fails to comply with the above directive within seven (7) calendar days of the entry of this Order, absent a further order of the Court extending such deadline for cause shown, this case shall be dismissed, pursuant to §349(a) of the Bankruptcy Code, without further notice or hearing and **with prejudice** to the rights of the Debtor to file a subsequent petition under any of the provisions of Title 11, United States Code, for a period of ninety (90) days from the entry of the order of dismissal.

Signed on 10/04/2022

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: WALL018,LLC
Debtor

Case No. 22-41176-btr
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 04, 2022 | Form ID: pdf400 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL018,LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | + | Beyond Barcode, 1266 Delancy Dr., Matthews, NC 28104-8098 |
| cr | | Cunxiang Ji, Room 1-114, No5, Cuiweidongli Haiding District, Beijing, China |
| cr | | Fan Xiaomin Yuan, E-8D, Huating Jiayuan, No. 6, Beisihuan Zhouglu Chaoyang District, Beijing, China |
| cr | | Fu Hanjiang, 1-1-201 Yaojiang Fucum, Shangcheng District Hangzhou, Zhejing, China |
| cr | | Gao Eijing, No. 65 Xisi Beiertiao, Xichng District, Beijing, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Kang Yun Xun, c/o Han Jiang Fu, 1-1-201 Yaojiang Fucen, Shangcheng Dist, Hangzhou, Zhejiang China |
| cr | | Leili Yuan, c/o Weipeng He, Shanshui Wanyuan Hongyan Road, Chaoyang District, Beijing, China |
| cr | | Ling Guan Qingdao, 6-101 No. 458 East Hong Kong Road, Laoshan District, Qingdao, Shandong, China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Rongping Wu, 1-1-401, No. 104 Kaixuan Road, Jianggan District, Hangzhou, Zhejiang, China |
| cr | + | Sun Yun, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Sun Yun, Room 302, No. 10 Caixiang Road, Gusu District, Suzhou, Jiangsu, China |
| cr | | Wang Wei Si, Room 103, Unit 1 Builiding 7,, Yunti Huti, Xicheng District, Zhejiang, China |
| cr | | Weipeng He, Shanshui Wenyuan, Hongyan Road, Chaoyang District, Beijing, China |
| cr | | Xu Yue, C-1801 No. 98 Jianguo Road, Chaoyang District, Beijing, China |
| cr | | Youhong Zhu, 56-2-402 Quishi Xincun, Xihu District Hangzhou, Zhejiang, China |
| cr | | Zhangshun, C-1704 Jingtan Yifengyuan, Fuitian District, Shenzhen Guangdon, China |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL018 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 6