IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**AGREED ORDER GRANTING**
**THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Came on for consideration the United States Trustee's Motion to Dismiss, or for the Appointment of a Chapter 11 Trustee, or Other Relief ("U.S. Trustee's Motion") filed in the above-numbered and captioned administratively consolidated bankruptcy cases ("Cases"). The parties signing below agree to resolve the U.S. Trustee's Motion by this Agreed Order. The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that Cases are hereby dismissed with prejudice to re-filing under any chapter of title 11 of the United States Code for a period of 180 days of this Order; it is further

ORDERED that the debtors in the respective Cases will pay all outstanding fees owed to the U.S. Trustee not later than seven days after entry of this Order.

SO ORDERED AND ADJUDGED.

Signed on 10/01/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

United States Trustee Lisa Lambert

By:*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

WALL007, LLC
WALL009, LLC
WALL010, LLC
WALL011, LLC
WALL012, LLC
WALL016, LLC
WALL017, LLC
WALL018, LLC
WALL019, LLC
SEAGOVILLE FARMS, LLC

Cortney Thomas, Receiver

By:*/s/ C. Alan Carrillo (w/permission)*
C. Alan Carrillo
Attorney for Cortney Thomas, Receiver
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
alan@brownfoxlaw.com

Dated September 26, 2025

______________________________
Judge Brenda T. Rhodes
United States Bankruptcy Judge

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41176-btr

WALL018,LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf400 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL018,LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Cunxiang Ji, Room 1-114, No5, Cuiweidongli Haiding District, Beijing, China |
| cr | | Fu Hanjiang, 1-1-201 Yaojiang Fucum, Shangcheng District Hangzhou, Zhejing, China |
| cr | | Gao Eijing, No. 65 Xisi Beiertiao, Xichng District, Beijing, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | + | Sun Yun, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Sun Yun, Room 302, No. 10 Caixiang Road, Gusu District, Suzhou, Jiangsu, China |
| cr | | Wang Wei Si, Room 103, Unit 1 Builiding 7,, Yunti Huti, Xicheng District, Zhejiang, China |
| cr | | Weipeng He, Shanshui Wenyuan, Hongyan Road, Chaoyang District, Beijing, China |
| cr | | Xu Yue, C-1801 No. 98 Jianguo Road, Chaoyang District, Beijing, China |
| cr | | Youhong Zhu, 56-2-402 Quishi Xincun, Xihu District Hangzhou, Zhejiang, China |
| cr | | Zhangshun, C-1704 Jingtan Yifengyuan, Fuitian District, Shenzhen Guangdon, China |
| 8180421 | + | Beyond Barcode, 1266 Delancy Dr, Matthews, NC 28104-8098 |
| 8180422 | | Cunxiang Ji, Room 1-114, No. 5 Cuiweidongli, Haiding District, Beijing, China |
| 8180423 | | Fan Xiaomin Yuan, E-8D, Huating Jiayuan, No. 6, Beisihuan Zhouglu, Chaoyang District, Beijing, China |
| 8180424 | | Fu Hanjiang, 1-1-201 Yaojiang Fucun, Shangdren District, Hangzhon, Zhejiang, China |
| 8180425 | | Gao Fei Eijing, no. 65 Xisi Beiertiao, Xicheng District, Beijing China |
| 8180426 | + | HR Sterling, 13901 Midway Raod, Suite 102, Dallas, TX 75244-4388 |
| 8180427 | | Kang Yun Xun, c/o Han Jiang Fu, 1-1-201 Yaojiang Fucen, Shangcheng Dist, Hangzhou, Zhejiang China |
| 8180428 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8180429 | | Leili Yuan, c/o Weipeng He Shanshui Wanyuan, Hongyan Road, Chaoyang District, Beijing, China |
| 8180430 | | Ling Guan Qingdao, 6-101. No 458 East Hong Kong Road, Laoshan District, Qingdao, Shandong, China |
| 8180431 | | Mr. Li Zhenhua, 3F Suite B, RCDL Culture & Creative, Industrial Base, no. 5, CuangShunBeiJie, Chaoyang district, Beijing, China |
| 8180432 | | Ping Chen, Room 1301 Unit 95, Yuhuxian, No. 85 Xingzhou Street, Gongyeyain District, Suzhou, China |
| 8185443 | + | Qu Yi, c/o William A. Pigg, PLLC, 10455 N. Central Expressway, Suite 109, Dallas, Texas 75231-2215 |
| 8180433 | | Rongping Wu, 1-1-401, No. 104 Kaixuan Road, Jianggan District, Hangzhou, Zhejiang, China |
| 8185441 | + | Sun Yun, c/o William A. Pigg, PLLC, 10455 N. Central Expressway, Suite 109, Dallas, Texas 75231-2215 |
| 8180435 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8180436 | | Wang Wei Si, Room 103, Unit 1 Building 7, Yunti Huting, Xicheng District, Beijing, China |
| 8180437 | | Weipeng He, Shanshui Wenyuan, Hongyan Road, Chaoyand District, Beijing, China |
| 8180438 | | Xu Yue, C-1801 No. 98 Jianguo Roadg, Chaoyand District, Beijing, China |
| 8180439 | | Yongui Chen, c/o Shun Zhang,, C-1704 Jintian Yifengyuan Futian Distric, Shenzhen, Guangdong, China |
| 8180440 | | Youhong Zhu, 56-2-402 Qiushi Xincun, Xihu District, Hangzhou, Zhejiang, China |
| 8180441 | | Yue Xu, C-1801 No. 98 Jiangua Road, Chaoyang District, Beijing, China |
| 8180442 | | Yun Sun, Room 302, No. 10 Caixiang Road, Gusu District, Suzhou, Jiangsu, China |
| 8180443 | | Zhangshun, C-1704 Jingtian Yifengyuan, Fuitian District, Shenzhen Guangdong, China |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8180434 | + | Email/Text: smetzger@pmklaw.com | Oct 02 2025 03:48:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Beyond Barcode, 1266 Delancy Dr., Matthews, NC 28104-8098 |
| cr | * | Fan Xiaomin Yuan, E-8D, Huating Jiayuan, No. 6, Beisihuan Zhouglu Chaoyang District, Beijing, China |
| cr | * | Kang Yun Xun, c/o Han Jiang Fu, 1-1-201 Yaojiang Fucen, Shangcheng Dist, Hangzhou, Zhejiang China |
| cr | * | Leili Yuan, c/o Weipeng He, Shanshui Wanyuan Hongyan Road, Chaoyang District, Beijing, China |
| cr | * | Ling Guan Qingdao, 6-101 No. 458 East Hong Kong Road, Laoshan District, Qingdao, Shandong, China |
| cr | * | Rongping Wu, 1-1-401, No. 104 Kaixuan Road, Jianggan District, Hangzhou, Zhejiang, China |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL018 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 6